UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

Securities and Exchange Commission

        Plaintiff(s),

v.

Gordon J. Coburn, et al.

        Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 2:19-cv-05820-KM-MAH

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Theodore V. Wells, Jr.
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Meredith A. Arfa

Address: Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

E-mail: MArfa@paulweiss.com
(One email address only)

DNJ-CMECF-002