# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

SECURITY AND EXCHANGE COMMISSION,

      Plaintiff,

v.

GORDON J. COBURN, et al.,

      Defendants.

Civil Action No. 19-5820(MCA)

**ORDER ADMINISTRATIVELY TERMINATING ACTION**

It appearing that this matter is pending resolution of a related criminal proceeding;

**IT IS** on this 5th day of January, 2024,

**ORDERED** that the Clerk administratively terminate the action on its records, without prejudice to the right of the parties to reopen the proceedings within seven days of the adjudication of United States v. Gordon J. Coburn, Crim. No. 19-120 and any related criminal proceedings.

      s/Madeline Cox Arleo
      UNITED STATES DISTRICT JUDGE