# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>v.<br><br>GORDON J. COBURN and STEVEN E. SCHWARTZ,<br><br>Defendants. | Dkt. No. 19-cv-5820 (MCA)<br><br>*Filed Electronically*<br><br>**NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that Lawrence S. Lustberg, Esq. of Gibbons P.C., who is admitted to practice in this Court, hereby enters his appearance as counsel on behalf of defendant Steven Schwartz in the above-captioned matter.

Dated:  April 10, 2025

By: s/ Lawrence S. Lustberg
Lawrence S. Lustberg, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Phone:  (973) 596-4731
llustberg@gibbonslaw.com
*Attorneys for Steven Schwartz*